WR-83,719-01

No. _____

RECEIVED
COURT OF CRIMINAL APPEALS
8/11/2015
ABEL ACOSTA, CLERK

**IN THE**

**TEXAS COURT OF CRIMINAL APPEALS**

**SITTING AT AUSTIN, TEXAS**

_____

**IN RE STATE OF TEXAS EX REL. MATT JOHNSON,**

*RELATOR*

V.

**COURT OF APPEALS FOR THE TENTH DISTRICT,**

*RESPONDENT*

_____

A PETITION FOR WRIT OF MANDAMUS

CAUSE NO. 10-15-00235-CR

FROM THE 10TH COURT OF APPEALS DISTRICT

WACO, TEXAS

CAUSE NO. 2015-1955-2

FROM THE 54TH JUDICIAL DISTRICT COURT OF

MCLENNAN COUNTY, TEXAS

_____

**STATE'S MOTION TO FILE APPENDIX 5 BY HAND PURSUANT TO RULE 9.2**

_____

Relator, State of Texas, hereby moves this Court to file Appendix 5 to

his Petition for Writ of Mandamus enclosed here with by hand filing

through certified mail return receipt requested. Good cause exsists because

1

it is a DVD containing multiple video files which are not in the required format for electronic filing, making it difficult if not impossible to electronically file.

Respectfully Submitted,

/s/ABELINO 'ABEL' REYNA
ABELINO "ABEL" REYNA
Criminal District Attorney
McLennan County, Texas
State Bar No. 2400087
219 North 6th Street, Suite 200
Waco, Texas 76701
[Tel.] (254) 757-5084
[Fax] (254) 757-5021
[Email]
abel.reyna@co.mclennan.tx.us

# Certificate of Service

I certify that I caused to be served a true and correct copy of this motion by electronic service or email or hand delivery on:

Respondent, 10th Court of Appeals Waco, Texas by hand delivery per request of Chief Justice Tom Gray

Attorney, F. Clint Broden, for Real Party in Interest, Matthew Clendennen at clint@texascrimlaw.com

Real Party in Interest, Judge Matt Johnson, 54th District Court, McLennan County Texas at matt.johnson@co.mclennan.tx.us

DATE: 8/11/15                                    /S/ ABELINO 'ABEL' REYNA
                                                 ABELINO 'ABEL' REYNA